## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SANDRA BANKS                         )

            **Plaintiff,**         )

              **v.**                 )  **Civil Case No. 09-565 (RJL)**

MICHAEL J. ASTRUE,          )
Commissioner of Social Security,    )

           **Defendant.**      )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 30ᵗʰ day of November, 2010, it is hereby

**ORDERED** that the plaintiff's Motion for Judgment of Reversal [#12] is **DENIED**; and it is further

**ORDERED** that defendant's Motion for Judgment of Affirmance [#15] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

8